IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

TOMMY CALHOUN, JR., on behalf
Of himself and all others
Similarly situated,                                  Case No. 1:19-cv-00215-IMK

      Plaintiff,

  v.

SANDBOX TRANSPORTATION, LLC,
D/B/A SANDBOX LOGISTICS, LLC,

      Defendant.

## JOINT MOTION FOR APPROVAL OF INDIVIDUAL NAMED PLAINTIFF'S FLSA SETTLEMENT

NOW COMES SANDBOX TRANSPORTATION, LLC D/B/A SANDBOX LOGISTICS, LLC ("Defendant"), and TOMMY CALHOUN JR. ("Calhoun") (collectively "the Parties"), by and through their respective attorneys, to jointly move for the Court to approve the settlement agreed to by the Parties.  In support of the motion, the Parties state as follows:

    1.    On or about October 25, 2019, Plaintiff Tommy Calhoun, Jr. filed a civil action against Defendant in the Circuit Court of Monongalia County, West Virginia, Civil Action No. 19-C-336, in which Calhoun asserted claims for (a) recovery of unpaid overtime wages under state and federal law; (b) recovery of liquidated damages and late pay penalties under state and federal law; (c) compensatory damages, including indignity, embarrassment, humiliation, and emotional distress; (d) punitive damages; (e) recovery of attorneys' fees and costs; and (f) all other damages set forth at common law or statute.

    2.    On December 5, 2019, Defendant removed Plaintiff's action to this Court.

3. On January 7, 2020, Defendant answered the Complaint, denied all wrongdoing, and asserted affirmative defenses.

4. Thereafter, the Parties have engaged in arm's-length negotiations to reach a compromise in order to avoid the expense, inconvenience, uncertainty and delay of further litigation.

5. Following this arm's-length negotiations between counsel for the Defendant and counsel for Plaintiff, the Parties have reached a mutually satisfactory settlement which both sides agree adequately compensates the Plaintiff for any and all alleged back wages, including applicable overtime and penalties, arising out of his employment with Defendant.

6. When employees bring a private action against their employer or former employer for back wages under the FLSA, and the Parties present to the district court a proposed settlement, the district court may enter a stipulated judgment dismissing the case after scrutinizing the settlement to insure that it is a fair and reasonable resolution of a bona fide dispute over wages under the FLSA. *See Lynn's Food Stores v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982).

7. The Parties seek Court approval of the settlement of the Plaintiff's individual FLSA and West Virginia state law claims in this case as set forth in **Exhibit A**, and dismissal of this action with prejudice. In support of their joint motion, the Parties incorporate by reference their memorandum in support, filed contemporaneously herewith.

WHEREFORE, and for the foregoing reasons and the reasons more fully set forth in the memorandum in support of this joint motion, the Parties respectfully request that the Court enter an Order approving of the Settlement Agreement found attached hereto as Exhibit A as a fair and

reasonable resolution of bona fide disputes under the FLSA and West Virginia law, and dismissing the case with prejudice.

Dated: September 14, 2020  Respectfully submitted,

| HOOSIER LAW FIRM, PLLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ *Adrian Hoosier, II* | /s/ *Andrea J. Johnson* |
| D. Adrian Hoosier, II, Esquire | Andrea J. Johnson, Esquire |
| West Virginia Bar No. 10013 | West Virginia Bar No. 13421 |
| adrian@hlfwv.com | andrea.johnson@ogletree.com |
| 213 Hale Street, Suite 100 | One PPG Place - Suite 1900 |
| Charleston, WV 25301 | Pittsburgh, PA 15222 |
| Telephone: (681) 265-5000 | Telephone: (412) 394-3333 |
| Attorney for Plaintiff | Attorney for Defendant |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

TOMMY CALHOUN, JR., on behalf
Of himself and all others
Similarly situated,   Case No. 1:19-cv-00215-IMK

    Plaintiff,

v.

SANDBOX TRANSPORTATION, LLC,
D/B/A SANDBOX LOGISTICS, LLC,

    Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT** was filed electronically on September 14, 2020. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/ *Andrea J. Johnson*
    Andrea J. Johnson, Esquire

42582700.1